UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEMON TURMEL THOMPSON,

    Petitioner,          Case No. 2:19-CV-114

v.          HON. GORDON J. QUIST

CONNIE HORTON,

    Respondent.
_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Maarten Vermaat's August 5, 2019, Report and Recommendation recommending that Petitioner's habeas corpus petition be denied as barred by the one-year statute of limitations. The Report and Recommendation was duly served on Petitioner on August 5, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the August 5, 2019, Report and Recommendation (ECF No. 4) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

A separate judgment will enter.

Dated: August 28, 2019          /s/ Gordon J. Quist
         GORDON J. QUIST
         UNITED STATES DISTRICT JUDGE